UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARY THOMAS,

  Plaintiff,

-vs-                                                CASE NO.:  6:17-CV-629-ORL-31-DCI

CREDIT ONE BANK, N.A.,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, Mary Thomas, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

    I hereby certify that on November 15, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System Dayle M. Van Hoose, Esquire and Jocelyn C. Smith, Esquire, Sessions, Fishman, Nathan & Israel, L.L.P., 3350 Buschwood Park Drive, Suite 195, Tampa, FL 33618 (dvanhoose@sessions.legal and jsmith@sessions.legal).

                                                            */s/Frank H. Kerney, III, Esquire*
                                                             Frank H. Kerney, III, Esquire
                                                             Florida Bar #: 88672
                                                             Morgan & Morgan, Tampa, P.A.
                                                             One Tampa City Center
                                                             201 North Franklin Street, 7th Floor
                                                              Tampa, FL 33602
                                                             Telephone: (813) 223-5505
                                                             Facsimile:  (813) 223-5402
                                                             fkerney@forthepeople.com
                                                             jkneeland@forthepeople.com
                                                             mbradford@forthepeople.com
                                                             *Counsel for Plaintiff*