UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARY THOMAS,

   Plaintiff,

-vs-                                        CASE NO.:  6:17-CV-629-ORL-31-DCI

CREDIT ONE BANK, N.A.,

   Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, Mary Thomas, and the Defendant, Credit One Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 30th day of November, 2017.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Jocelyn C. Smith, Esquire* |
| Frank H. Kerney, III, Esquire | Jocelyn C. Smith, Esquire |
| Florida Bar #: 88672 | Florida Bar #:  0036554 |
| Morgan & Morgan, Tampa, P.A. | Dayle M. Van Hoose, Esquire |
| One Tampa City Center | Florida Bar #:  016277 |
| 201 North Franklin Street, 7th Floor | Sessions, Fishman, Nathan & Israel, LLC |
| Tampa, FL 33602 | 3350 Buschwood Park Drive, Suite 195 |
| Telephone: (813) 223-5505 | Tampa, FL 33618 |
| Facsimile:  (813) 223-5402 | Telephone:(813) 440-5328 |
| fkerney@forthepeople.com | Facsimile: (866) 466-3140 |
| jkneeland@forthepeople.com | jsmith@sessions.legal |
| mbradford@forthepeople.com | dvanhoose@sessions.legal |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System Dayle M. Van Hoose, Esquire and Jocelyn C. Smith, Esquire, Sessions, Fishman, Nathan & Israel, L.L.P., 3350 Buschwood Park Drive, Suite 195, Tampa, FL 33618 (dvanhoose@sessions.legal and jsmith@sessions.legal).

                                                                                                      */s/Frank H. Kerney, III, Esquire*
                                                                                                      Frank H. Kerney, III, Esquire
                                                                                                       *Attorney for Plaintiff*